MARY O'TOOLE, Respondent, *v.* CENTRAL PARK, NORTH AND EAST RIVER RAILROAD COMPANY, Appellant.

(Argued June 4, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 29, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Henry Thompson* for appellant.

*James F. Higgins* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____